## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>GERMAN VALBUENA<br><br>Debtor | Chapter 13<br><br>Case No. 19-11946-KHK |

### MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
German Valbuena, Case #19-11946-KHK

***Attend the hearing to be held on February 13, 2020 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _January 23, 2020 _____                    __/s/ Thomas P. Gorman_____
                                                 Thomas P. Gorman
                                                 Chapter 13 Trustee
                                                 300 N. Washington Street, #400
                                                 Alexandria, VA 22314
                                                 (703) 836-2226
                                                 VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of January, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

German Valbuena                       Ashvin Pandurangi
Chapter 13 Debtor                     Attorney for Debtor
6301 Stevenson Ave.                   AP Law Group, PLC
Apt. 1208                             211 Park Ave.
Alexandria, VA 22304                  Falls Church, VA 22046


                                      __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/23/2020

CASE NO: 19-11946-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-5606
VALBUENA, GERMAN
AKA:
6301 STEVENSON AVE.
APT. 1208
ALEXANDRIA, VA 22304

ATTORNEY: ASHVIN PANDURANGI
AP LAW GROUP, PLC
211 PARK AVE.
FALLS CHURCH, VA 22046
Phone:571 969-6540 Fax: 571 699-0518

DATE FILED: 06/12/2019
CONFIRMED: 08/21/2019
LATEST 341: 07/09/2019
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 07/2019
ON SCHEDULE:       26,255.34
ACTUAL PAYMENTS:   17,503.56
AMOUNT BEHIND:      8,751.78

SCHEDULE:     4,375.89 MONTHLY
TOTAL PAID:          17,503.56

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 12/09/19 | DR FERNANDEZ FAM | 4,375.89 |
| 10/10/19 | TU FAMILY CLINIC LLC | 4,375.89 |
| 08/15/19 | CC | 4,375.89 |
| 07/17/19 | PC | 4,375.89 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO 12/2019 | PRI 100.00 | | 0.00 | 158,274.49 / 158,274.49 | 158,274.49 | 7,798.98 / 0.00 | 150,475.51 / 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | FIX 12/2019 | SEC 100.00 | 06/12/2019 6.0000 | 558.38 / 0.00 | 31,982.06 / 31,982.06 | 31,982.06 / 31,982.06 | 3,060.03 / 848.63 | 28,922.03 / 144.61 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 100.00 | | 0.00 / 0.00 | 10.00 / 10.00 | 10.00 / 10.00 | 0.00 / 0.00 | 10.00 / 0.00 |
| 002 | 349482 | CARRINGTON MORTGAGE CORP | FIX 12/2019 | SEC 100.00 | | 153.00 / 0.00 | 9,134.95 / 8,013.48 | 9,134.95 | 1,071.00 / 0.00 | 8,063.95 / 0.00 |
| 003 | 317132 | CREDIT ACCEPTANCE CORPORATION CONDITIONAL R/S 9/24/2019 | FIX 12/2019 | SEC 100.00 | | 117.46 / 0.00 | 7,047.65 / 4,347.40 | 7,047.65 | 822.22 / 0.00 | 6,225.43 / 0.00 |
| 799 | PANDU | ASHVIN PANDURANGI | PRO 08/2019 | ATY 100.00 | | 0.00 / 0.00 | 4,000.00 / 4,000.00 | 3,000.00 / 3,000.00 | 3,000.00 / 0.00 | 0.00 / 0.00 |
| | | Trustee Administrative Fees | | | | | | 892.70 | 892.70 | |
| | | | | TOTALS: | | 828.84 / 0.00 | 210,449.15 / 206,627.43 | 210,341.85 / 210,341.85 | 16,644.93 / 848.63 | 193,696.92 / 144.61 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 4,000.00 | 158,274.49 | 44,342.94 | 10.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,000.00 | 158,274.49 | 48,164.66 | 10.00 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,000.00 | 7,798.98 | 4,953.25 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 150,475.51 | 43,211.41 | 10.00 | 0.00 | DUE CREDITORS: | 193,841.53 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 144.61 | 0.00 | 0.00 | EXPECTED ADMIN: | 12,811.89 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 150,475.51 | 43,356.02 | 10.00 | 0.00 | APPROX BALANCE: | 206,643.42 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.1